United States Bankruptcy Court

Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Steven A. Ogle, Sr.<br>Lovett D. Ogle<br>P.O. Box 674<br>Georgetown, GA 39854 | Chapter 13<br><br>Case No. 09-41006-JTL |

## Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $593.43 in unclaimed funds of Easy Pay Furniture, creditor.

Last Known Address (Most recent listed left to right):


Easy Pay Furniture
410 E. Broad
Eufaula, AL 36027


Dated: 5/21/2014

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee